# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0726
_____

HUONG HUYNH DIEP,

Petitioner,

v.

DIEP NGOC TRAN,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


September 26, 2025


PER CURIAM.

DISMISSED.

RAY, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jerry L. Rumph and Olivia M. Brooks of Brooks Law, Tallahassee, for Petitioner.

No appearance for Respondent.